# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

PATRICK S. MULLIGAN,

       Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-364-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

       The decision of defendant Michael Astrue, Commissioner of Social Security, is affirmed and plaintiff Patrick S. Mulligan's appeal is dismissed.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____12/10/08_____
Date