IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PATRICK S. MULLIGAN,

    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-364-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Patrick S. Mulligan against defendant Michael Astrue, Commissioner of Social Security:

1. reversing and remanding the case to the commissioner pursuant to sentence four of 24 U.S.C. § 405(g) for further proceedings;

2. awarding plaintiff attorney fees and expenses under the Equal Access to Justice Act in the amount of $6,863.95; and

3. awarding plaintiff costs in the amount of $805.00.

Approved as to form this 7th day of January, 2010.

_____
BARBARA B. CRABB, District Judge

_____    1/12/10
Peter Oppeneer, Clerk of Court    Date